Jones, J.
(dissenting). I would affirm the order of the Appellate Division for the reasons stated in the opinion of Justice Edward Greenfield at Trial Term. It need only be added that the arguments advanced by the city in our court grounded in the particular language of the code are not persuasive. The diction of section 434a-3.0 is precise. The verb phrase “detail to service” is used in subdivision a to refer to the assignment of personnel to the detective division without reference to identification of particular duty within the division. By distinction the verb “designate” is employed in subdivision b to refer to the identification of the duties and responsibilities to be performed within the division. Nothing in the code suggests the necessity for any formalistic ritual to establish entitlement to increased salary on the part of individuals who have both been detailed to service in the division and assigned to duty in and are in fact perfoming the duties of the particular title.
Judges Jasen, Wachtler and Meyer concur with Judge Fuchsberg; Judge Jones dissents and votes to affirm in a separate opinion in which Chief Judge Cooke and Judge Gabrielli concur.
Judgment appealed from and orders of the Appellate Division brought up for review reversed, with costs, and judgment granted in favor of defendants.
Appendix A
§ 434a-3.0 Detective division. — a. The commissioner shall organize and maintain a division for detective purposes to be known as the detective division and shall, from time to time, detail to service in said division as many members of the force as he may deem necessary and may at anytime revoke any such detail.
b. Of the members of the force so detailed the commissioner may designate:
1. patrolmen not exceeding two hundred seventy-five in number, and policewomen not exceeding five in number, as detectives of the first grade, who while performing duty in such division and while so designated as detectives of the first grade, shall be paid the same salary as lieutenants; and
*97 2. a certain number of patrolmen and a ceratin number of policewomen, as detectives of the second grade, who while performing duty in such division and while so designated as detectives of the second grade, shall be paid the same salary as sergeants; and a certain number of patrolmen and a certain number of policewomen as detectives of the third grade, who while performing duty in such division and while so designated as detectives of the third grade shall be paid such salary as may be determined by the mayor.
c. The commissioner may designate lieutenants as commanders of detective squads, and sergeants as supervisors of detective squads, who while performing duty in such division and while so designated as commanders of detective squads or supervisors of detective squads shall be paid such salary as may be determined by the mayor.
d. 1. The person who may be assigned by the commissioner to the command of such division while acting in such capacity shall receive the same salary as a captain detailed to act as inspector. The commanding officer of the detective division upon being retired while acting in that office and capacity, shall receive a pension of not less than one-half of the full salary or compensation received by him as such commanding officer.
2. The provisions of paragraph one of this subdivision d. shall remain in effect only so long as the person who is assigned to the command of such division on the date on which this paragraph two takes effect continues to hold such assignment. Upon the termination of the assignment of such person, including, but not limited to, termination by retiring from the police force or other removal from or vacation of his position on the police force, or by revocation of his assignment, the provisions of paragraph one of this subdivision d. shall be deemed repealed, effective upon the date of such termination, and shall become void, inoperative and without any force or effect.
e. Any member of the force detailed to such division while so detailed shall retain his or her rank in the force and shall be eligible for promotion the same as if serving in the uniformed force, and the time during which he or she serves in such division shall count for all purposes as if served in his or her rank or grade in the uniformed force.
f. The commissioner may at his pleasure revoke any designation made pursuant to the provision of this section. (Amended by L. L. 1964, No. 17, April 27.)